UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-51406 |
| | ) | |
| BRETT A. CAMPBELL | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| | ) | NOTICE OF MOTION OF |
| | ) | THIRD FEDERAL SAVINGS AND LOAN |
| | ) | ASSOCIATION AKA THIRD FEDERAL SAVINGS |
| | ) | AND LOAN ASSOCIATION OF CLEVELAND |
| | ) | TO REOPEN BANKRUPTCY CASE |
| | ) | |
| | ) | **<u>74 SURREY DRIVE, BRUNSWICK, OH  44212</u>** |

Third Federal Savings and Loan Association aka Third Federal Savings and Loan Association of Cleveland has filed papers with the court to reopen this bankruptcy case.

**<u>Your rights may be affected.</u>**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to reopen this bankruptcy case, or if you want the court to consider your views on the motion, then on or before January 7, 2011, you or your attorney must:

(File with the court a written request for hearing {or, *if the court requires a written response,* an answer, explaining your position} at:)

UNITED STATES BANKRUPTCY COURT
Northern District of Ohio
2 S. Main Street, 455 US Courthouse
Akron, OH  44308

If you mail your (request, response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Stephen R. Franks, Esq.
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH  44113

Richard A. Wilson, Trustee
1221 S. Water Street, P.O. Box 3307
Kent, OH  44240

OFFICE OF THE UNITED STATES TRUSTEE (Via e-mail)
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave., East - Suite 441
Cleveland, Ohio 44114

Attend the hearing scheduled to be held on January 12, 2011, at 9:30 a.m. , United States Bankruptcy Court, Northern District of Ohio, 2 S. Main Street, 455 US Courthouse, Akron, OH 44308.

If you or your attorney do not take these steps, the court may decide that you do not oppose the reopen this bankruptcy case and may enter an order reopening the bankruptcy case.

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Stephen R. Franks
Stephen R. Franks, (0075345)
Attorney for Third Federal Savings and Loan Association aka
Third Federal Savings and Loan Association of Cleveland
Weltman, Weinberg & Reis Co., L.P.A.
323 W. Lakeside Avenue, Suite #200
Cleveland, OH 44113-1099
216-739-5645
ecfndoh@weltman.com

## CERTIFICATE OF SERVICE

A copy of the Notice of motion filed by Third Federal Savings and Loan Association aka Third Federal Savings and Loan Association of Cleveland has been served upon the Debtor, Brett A. Campbell, 74 Surrey Drive, Brunswick, OH 44212, by United States Mail; Debtor's attorney, Justin C. Miller, Esq., 3443 Medina Road, Suite 101-E, Medina, OH 44256, served electronically at justin@millerlegalohio.com; the Chapter 7 Trustee, Richard A. Wilson, Trustee, 1221 S. Water Street, P.O. Box 3307, Kent, OH 44240, served electronically at buckeye56@sbcglobal.net; and on the Office of the United States Trustee, served electronically on this 26th day of November, 2010.

/s/ Stephen R. Franks
Stephen R Franks, (0075345)
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Third Federal Savings and Loan Association aka
Third Federal Savings and Loan Association of Cleveland