**IT IS SO ORDERED.**


**Dated:  02:43 PM February 11 2011**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge


# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-51406 |
| | ) | |
| Brett A. Campbell, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| | ) | **ORDER DENYING MOTION OF** |
| | ) | **THIRD FEDERAL SAVINGS AND** |
| | ) | **LOAN ASSOCIATION TO** |
| | | **REOPEN** |

  In accordance with this Court's oral decision rendered on February 11, 2011, which

incorporated findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, Third

Federal Savings and Loan Association's Motion to Reopen [docket # 18] is hereby denied.

# # #


cc: Stephen Franks    (via electronic mail)
   Justin Miller